[No. 10188-2-II.  Division Two.  May 20, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CINDY M. SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 86-1-00106-6, Milton R. Cox, J., entered June 30, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Petrich, J.

[No. 10878-0-II.  Division Two.  May 20, 1988.]

*In the Matter of the Marriage of* EDWARD PAUL SELBY, *Appellant, and* MARGARET JEAN SELBY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85-3-02671-2, Waldo F. Stone, J., entered March 12, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Worswick, J.

[No. 10270-6-II.  Division Two.  May 20, 1988.]

LYLE R. SORENSON, ET AL, *Respondents,* v. RAYMARK INDUSTRIES, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 81-2-00825-1, Terence Hanley, J., entered August 18, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Worswick, JJ. Now published at 51 Wn. App. 954.